Misc. No. 15–8003/AR. Timothy B. Hennis, Petitioner v. Erica Nelson, Colonel, United States Army Commandant, U.S. Disciplinary Barracks, United States Army, and United States, Respondents. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus was filed under Rule 27(a) on this date.

No. 14–0322/MC. U.S. v. Michael B. Gilbreath. CCA 201200427. Appellee's motion to correct errata is granted.

No. 14–5007/AF. U.S. v. Steven S. Morita. CCA 37838. On consideration of Appellant/Cross–Appellee's motion for leave to file an additional volume to the joint appendix, it is ordered that said motion is granted.

Wednesday, October 15, 2014

